# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Envy Gentlemen's Club, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-17-cv-103 |
| City of Minot, North Dakota, | ) |
| Defendants. | ) |

The court held a hearing on the pending motion to dismiss on July 20, 2018. Based upon the discussions at that hearing, the court **SUSPENDS** all pending discovery deadlines and **CANCELS** the trial and final pretrial conference set in this matter pending further order of the court.

**IT IS SO ORDERED.**

Dated this 20th day of July, 2018.

                                           */s/ Charles S. Miller, Jr.*
                                           Charles S. Miller, Jr., Magistrate Judge
                                           United States District Court